.71088

CRAIG NEEDHAM, CSB #52010
KIRSTEN M. FISH, CSB #217940
BRAD JONES, CSB #126650
**NEEDHAM, DAVIS, KEPNER & YOUNG, LLP**
1960 The Alameda, Suite 210
San Jose, CA 95126-1493
Telephone: (408) 244-2166
Facsimile:   (408) 244-7815

Attorneys for Plaintiffs

*GRANTED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,

    Plaintiffs,

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C.; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE,

    Defendants.

No. C 06-06837 JW(RS)

STIPULATION TO EXTEND TIME TO REPLY OR OTHERWISE RESPOND TO COUNTERCLAIM

**THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

    1.    Pursuant to Civil L.R. 6-1(a), the parties agree to extend the time within which Plaintiffs/Counterdefendants VERNON DOWER, MIRIAM DOWER, ANDREW DOWER, LESHA LEILANI DOWER, LUCAS DOWER, GABRIEL DOWER, EARLINE ROTHERMICH, LOIS HIJA, TROY GRAHAM, and TINA GRAHAM shall file their Reply to Counterclaim or otherwise respond to the Counterclaim filed by Defendants/Counterclaimants BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE,

{H:\WDOCS\6122\71088\pleading\00087075.DOC}

71088

1 | L.L.C. and BRIDGESTONE AMERICAS HOLDING, INC.

2. The time within which Plaintiffs/Counterdefendants shall file their Reply to Counterclaim or otherwise respond to the Counterclaim filed by Defendants/Counterclaimants is extended by a period of thirty (30) days.

3. Plaintiffs/Counterdefendants shall file their Reply to Counterclaim or otherwise respond to the Counterclaim filed by Defendants/Counterclaimants by December 20, 2006.

DATED: November 14, 2006

                                        NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

By: _____
CRAIG NEEDHAM
KIRSTEN FISH
BRAD JONES
Attorneys for Plaintiffs/Counterdefendants
VERNON DOWER, MIRIAM DOWER, ANDREW DOWER, LESHA LEILANI DOWER, LUCAS DOWER, GABRIEL DOWER, EARLINE ROTHERMICH, LOIS HIJA, TROY GRAHAM, and TINA GRAHAM

DATED: November 15, 2006

                                        HOLLAND & KNIGHT LLP

By: _____
MATTHEW VAFIDIS
CHUNG-HAN LEE
Attorneys for Defendants/Counterclaimants
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C. and BRIDGESTONE AMERICAS HOLDING, INC.