IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vernon Dower, et al., | NO. C 06-06837 JW |
| Plaintiffs,<br>v. | **NOMINATIONS OF MEDIATORS** |
| Bridgestone Firestone North American Tire, LLC, et al., | |
| Defendants. | |

At the February 12, 2007 case management conference, the parties expressed an interest in early mediation and sought recommendations from the Court. The Court nominates following mediators:

Tom Denver   (408) 280-7883

George Fisher (650) 424-0821

To the extent the parties are still interested in mediation, the parties shall contact the mediators directly.

Dated: March 8, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara L. Lyons blyons@cpsmlaw.com
Chung-Han Lee chung.lee@hklaw.com
Craig Needham cneedham@ndkylaw.com
Kirsten M. Fish kfish@ndkylaw.com
Matthew P. Vafidis mvafidis@hklaw.com
Niall P. McCarthy nmccarthy@cpsmlaw.com
Sharon Glenn Pratt spratt@prattattorneys.com

Dated: March 8, 2007                                        Richard W. Wieking, Clerk

                                                            By:   /s/ JW Chambers
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California