1  Matthew Vafidis [SBN 103578]
   Chung-Han Lee [SBN 231950]
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910
   Email: matthew.vafidis@hklaw.com
5
   Attorneys for Defendants
6  BRIDGESTONE FIRESTONE NORTH
   AMERICAN TIRE, LLC and
7  BRIDGESTONE AMERICAS HOLDING, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 VERNON DOWER; MIRIAM DOWER;        )
   ANDREW DOWER; LESHA LEILANI        ) Case No. C 06-06837 JW(RS)
12 DOWER; LUCAS DOWER; GABRIEL        )
   DOWER; EARLINE ROTHERMICH; LOIS    )
13 HIJA; TROY GRAHAM; and TINA        ) STIPULATION AND [PROPOSED]
   GRAHAM,                            ) ORDER EXTENDING TIME FOR
14                                    ) PARTIES TO SELECT MEDIATOR
                                      )
15              Plaintiffs,           )
                                      )
16       vs.                          )
                                      )
17 BRIDGESTONE FIRESTONE NORTH        )
   AMERICAN TIRE, LLC; BRIDGESTONE    )
18 AMERICAS HOLDING, INC.; and DOES 1 )
   through 100, INCLUSIVE,            )
19                                    )
               Defendants.            )
20 _____)
                                      )
21 BRIDGESTONE FIRESTONE NORTH        )
   AMERICAN TIRE, LLC, and            )
22 BRIDGESTONE AMERICAS HOLDING,      )
   INC.,                              )
23                                    )
           Third-Party Plaintiffs,    )
24                                    )
       vs.                            )
25                                    )
   WALDO SIMONS, individually and d/b/a )
26 SIMONS BULLDOZING SERVICE, and    )
   THE WALDO AND HELEN SIMONS        )
27 FAMILY TRUST,                     )
                                     )
28        Third-Party Defendants.    )
   _____)

- 1 -

**WHEREAS**, at the February 12, 2007 case management conference, the Court ordered that the parties shall file a Stipulation selecting a mediator in this matter by March 12, 2007;

**WHEREAS**, on March 8, 2007, the Court provided the parties with its Nomination of Mediators nominating two potential mediators: (1) Tom Denver; and (2) George Fisher;

**WHEREAS**, the parties need additional time beyond the current March 12, 2007 deadline for selecting a mediator, both to consider the Court's Nomination of Mediators and to confer about other potential mediators currently considered by the parties;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** by Plaintiffs, Defendants, and Third-Party Defendants, that the parties shall have until **March 23, 2007** to file a Stipulation selecting a mediator in this case.

Respectfully submitted,

Dated:  March 12, 2007          HOLLAND & KNIGHT LLP

_____/s/_____
Matthew Vafidis
Chung-Han Lee
Attorneys for Defendants

Dated:  March 12, 2007          NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

COTCHETT, PITRE & McCARTHY

_____/s/_____
Steven Williams
Craig Needham
Brad Jones
Kirsten Fish
Attorneys for Plaintiffs

Dated:  March 12, 2007          PRATT & ASSOCIATES

_____/s/_____
Sharon Glenn Pratt
Attorneys for Third-Party Defendants

# 4415676_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**IT IS SO ORDERED.**

Dated: 3/14/2007

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE