.71088

| | |
|---|---|
| 1 | CRAIG NEEDHAM, CSB #52010 |
|  | KIRSTEN M. FISH, CSB #217940 |
| 2 | BRAD JONES, CSB #126650 |
|  | **NEEDHAM, DAVIS, KEPNER & YOUNG, LLP** |
| 3 | 1960 The Alameda, Suite 210 |
|  | San Jose, CA 95126-1493 |
| 4 | Telephone: (408) 244-2166 |
|  | Facsimile:   (408) 244-7815 |
| 5 |  |
|  | NIALL P. McCARTHY, CSB #160175 |
| 6 | STEVEN N. WILLIAMS, CSB #175489 |
|  | BARBARA L. LYONS, CSB #173548 |
| 7 | **COTCHETT, PITRE, & McCARTHY** |
|  | 840 Malcolm Road, Suite 200 |
| 8 | Burlingame, California 94010 |
|  | Telephone: (650) 697-6000 |
| 9 | Facsimile: (650) 697-0577 |
| 10 |  |
|  | Attorneys for Plaintiffs |

*GRANTED*
*Judge James Ware*
*3/28/2007*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; et al., | No. C 06-06837 JW |
| Plaintiffs, | **STIPULATION TO SELECTION OF MEDIATOR** |
| vs. |  |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C.; et al., |  |
| Defendants. |  |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C.; et al. |  |
| Counterclaimants, |  |
| vs. |  |
| VERNON DOWER; et al., |  |
| Counterdefendants. |  |

**THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

The parties have agreed to the selection of Lester J. Levy as mediator in this case. A copy of Mr. Levy's curriculum vitae is attached hereto and incorporated herein.

{H:\WDOCS\4000\71088\pleading\00091815.DOC}- 1 -

.71088

1  DATED: March 23, 2007

2                                          NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

3                                          By: _____
4                                              CRAIG NEEDHAM
                                               KIRSTEN FISH
5                                              BRAD JONES
                                               Attorneys for Plaintiffs/Counterdefendants
6                                              VERNON DOWER, MIRIAM DOWER,
                                               ANDREW DOWER, LESHA LEILANI
7                                              DOWER, LUCAS DOWER, GABRIEL
                                               DOWER, EARLINE ROTHERMICH, LOIS
8                                              HIJA, TROY GRAHAM, and TINA
                                               GRAHAM
9

10 DATED: March 23, 2007

11                                         HOLLAND & KNIGHT LLP

12                                         By: _____
13                                             MATTHEW VAFIDIS
                                               CHUNG-HAN LEE
14                                             Attorneys for Defendants/Counterclaimants
                                               BRIDGESTONE FIRESTONE NORTH
15                                             AMERICAN TIRE, LL. AND
                                               BRIDGESTONE AMERICAS HOLDING,
16                                             INC.

17 DATED: March 23, 2007

18                                         PRATT & ASSOCIATES

19
                                           By: _____
20                                             SHARON GLENN PRATT
                                               Attorneys for Third Party Defendants and
21                                             Counterclaimants WALDO SIMONS,
                                               individually and dba SIMONS
22                                             BULLDOZING SERVICE, and THE
                                               WALDO AND HELEN SIMONS FAMILY
23                                             TRUST

24

25

26

27

{H:\WDOCS\4000\71088\pleading\00091815.DOC} - 2 -

STIPULATION AS TO SELECTION OF MEDIATOR                                  Case No. C 06-06837 JW



THE RESOLUTION EXPERTS



**Lester J. Levy, Esq.**

**Environmental Dispute Resolution Experience**

Mr. Levy is one of the most experienced environmental mediators in the country and has resolved more than 1,000 cases. Mr. Levy is National Director of JAMS environmental panel. He regularly serves as mediator, arbitrator, and court appointed Special Master, Judge Pro-Tem, and Discovery Referee in areas such as:

- CEQA
- Civil and criminal penalty actions
- Environmental insurance coverage
- Environmental property damage
- Land use and water law
- Natural resource damages
- Regulatory and compliance issues
- Superfund liability and cost allocation
- Underground storage tanks

Mr. Levy was selected by the United States Environmental Protection Agency (EPA) to serve as a Neutral Allocator as part of its National Program. His mediations involve individuals, private property owners, corporations, insurance carriers, and governmental agencies, including the U.S. EPA and Department of Justice, state and local regulatory agencies, and attorneys general. Mr. Levy has a keen understanding of the scientific issues involved in environmental matters and works closely with technical experts to design creative and cost-effective solutions to complex environmental problems.

**Representative Matters**
- *Aerojet v. Transport Indemnity*, **environmental insurance coverage action** on remand from California Supreme Court
- *Avila Beach Property Damage cases*, **allocation of settlement funds regarding leaking fuel lines**
- *Citizens for Balanced Growth v. City of Livermore*, **settlement master** for dispute involving land and water usage for 11,000 luxury home development
- *Fuller-Austin v. Firemans Fund*, $187 million settlement of **asbestos injury insurance coverage** case
- *In Re: Catacarb cases (UNOCAL)*, $80 million **mass toxic tort** action involving 10,000 claimants
- *In Re: Cryptosporodium cases*, **class action** involving drinking water contamination, allocation of settlement fund for over 4,000 claimants
- *Levin Metals Corp. v. Parr-Richmond Terminal Co.*, **Montrose sites, Superfund allocation, and related insurance mediation**
- *San Francisco Airport Cleanup Litigation*, **allocation of liability under state law**
- *State of California v. M&P Investments*, allocation of liability under federal law; **court-appointed mediator for solvent plume** underlying City of Lodi

**Honors, Memberships, and Professional Activities**
- Adjunct Professor, Alternative Dispute Resolution, University of San Francisco Law School
- Member, ADR Panels for the Northern California Federal District Court, and the Superior Courts of San Francisco, Marin, Sonoma, and San Mateo Counties
- Vice Chair & Member, Toxic Torts and Environmental Law Committee, Tort Trial & Insurance Section of the American Bar Association
- Chair & Member, ADR Committee, American Bankruptcy Institute
- Member, International Bar Association

- President, Board of Trustees, Ross Valley School District, Marin County, California
- Founder, JAMS' Class Action Settlement Program
- Trained in mediation/negotiation at Harvard Law School (Roger Fisher, author of *Getting to Yes*)
- Speaker, International Bar Association in Durban, South Africa, 2002, *Innovative Use of ADR in Class Action and Mass Torts*
- Written and lectured on ADR to Bar Associations including the ABA, IBA, law firms, private companies, and law schools throughout the United States

**Background and Education**
- Munger, Tolles & Olson, San Francisco and Los Angeles, California, 1986-1994
- Law Clerk, Hon. Irving R. Kaufman, U.S. Court of Appeals for the Second Circuit, 1985-1986
- J.D., *magna cum laude*, Benjamin N. Cardozo School of Law, 1985; Chief Articles Editor, Cardozo Law Review
- B.Mus., San Francisco Conservatory of Music, 1981, Classical Guitar Performance and Composition