Matthew Vafidis [SBN 103578]
Chung-Han Lee [SBN 231950]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com

Attorneys for Defendants
BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC and
BRIDGESTONE AMERICAS HOLDING, INC.



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No. C 06-06837 JW (RS)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONSENTING TO BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC AND BRIDGESTONE AMERICAS HOLDING INC. FILING FIRST AMENDED THIRD-PARTY COMPLAINT AGAINST WALDO SIMONS AND THE WALDO AND HELEN SIMONS FAMILY TRUST |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BRIDGESTONE AMERICAS HOLDING, INC.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>WALDO SIMONS, individually and d/b/a SIMONS BULLDOZING SERVICE, and THE WALDO AND HELEN SIMONS FAMILY TRUST,<br><br>Third-Party Defendants. | |

1  WHEREAS, Third-Party Plaintiffs Bridgestone Firestone North American Tire, LLC and
2  Bridgestone Americas Holding, Inc. seek to file the First Amended Third-Party Complaint to amend
3  the standing allegations pertaining to the RCRA causes of action and seeks to add causes of action
4  for indemnification and contribution;

5  WHEREAS, Third-Party Defendants Waldo Simons and The Waldo and Helen Simons
6  Family Trust does not object and consents to the filing of the First Amended Third-Party
7  Complaint;

8  WHEREAS, Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may
9  amend the party's pleading only be leave of court or by written consent of the adverse party, and
10 that leave shall be freely given when justice so requires;

11 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND**
12 **RESPECTFULLY REQUESTED** by Third-Party Plaintiffs and Third-Party Defendants, that
13 Third-Party Plaintiffs be permitted to file the First Amended Third-Party Complaint.

Dated: June 12, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

_____
Matthew Validis
Chung-Han Lee
Attorneys for Defendants

Dated: June 1, 2007

PRATT & ASSOCIATES

_____
Sharon Glenn Pratt
Attorneys for Third-Party Defendants

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**IT IS SO ORDERED.**

Bridgestone Firestone North American Tire, LLC and Bridgestone Americas Holding Inc. shall file its Amended Third-Party Complaint within ten (10) days of this Order.

Dated: June 18, 2007

*James Ware*
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE