Matthew Vafidis [SBN 103578]
Chung-Han Lee [SBN 231950]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com

Attorneys for Defendants
BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC and
BRIDGESTONE AMERICAS HOLDING, INC.

*E-FILED 7/26/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,

Plaintiffs,

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE,

Defendants.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BRIDGESTONE AMERICAS HOLDING, INC.,

Third-Party Plaintiffs,

vs.

WALDO SIMONS, individually and d/b/a SIMONS BULLDOZING SERVICE, and THE WALDO AND HELEN SIMONS FAMILY TRUST,

Third-Party Defendants.

Case No. C 06-06837 JW (RS)

**STIPULATED REQUEST FOR ORDER CHANGING TIME ON BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC AND BRIDGESTONE AMERICAS HOLDING INC.'S MOTION TO COMPEL INSPECTION AND SAMPLING OF PROPERTY OF THIRD-PARTY DEFENDANT WALDO SIMONS; [PROPOSED] ORDER**

Current Date: August 22, 2007
Proposed Date: August 15, 2007
Time: 9:30 a.m.
Location: Courtroom 4, 5th Floor
Judge: Hon. Richard Seeborg

- 1 -

STIPULATION AND [PROPOSED] ORDER                                Case No. C 06-06837 JW(RS)

On Wednesday, July 18, 2007, Defendants BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BRIDGESTONE AMERICAS HOLDING, INC. ("Firestone") filed a Motion to Compel Inspection and Sampling of Property of Third-Party Defendant Waldo Simons. The motion is currently set for hearing before Magistrate Judge Richard Seeborg at 9:30 a.m. on Wednesday, August 22, 2007.

After the motion was filed, counsel for Third-Party Defendant Waldo Simons requested that the hearing date be changed because the attorneys are scheduled to be on trial in Los Angeles during the week of August 20-24. The parties discussed postponing the hearing date until Wednesday, August 29, 2007, but counsel for Firestone will be traveling overseas that day and will be unable to have the hearing set for that date. Furthermore, Magistrate Judge Seeborg's calendar indicates that he is unavailable from Thursday, August 30, 2007 through Wednesday September 12, 2007. Therefore, in order so that this discovery dispute can be resolved expeditiously, the parties agreed to advance the hearing date on the Motion to Compel to Wednesday, August 15, 2007, provided that the briefing schedule remains the same.

For these reasons, the parties stipulate and respectfully request that the Court advance the hearing date on Firestone's Motion to Compel and set the hearing and briefing schedule as follows:

| | |
|---|---|
| Opposition to Motion to Compel: | August 1, 2007 |
| Reply Brief on Motion to Compel: | August 8, 2007 |
| Hearing on Motion to Compel: | August 15, 2007 |

The parties note that no previous time modifications have been made in this case, and this request to advance the hearing date for Firestone's Motion to Compel will not affect the trial date.

Pursuant to L.R. 6-2, this Stipulated Request is accompanied by the Declaration of Chung-Han Lee filed concurrently hereto.

//
//
//
//
//

- 2 -

STIPULATION AND [PROPOSED] ORDER                               Case No. C 06-06837 JW(RS)

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: July 25, 2007 | HOLLAND & KNIGHT LLP |
| 3 | |
| 4 | _____ |
| 5 | Matthew Vafidis |
|   | Chung-Han Lee |
| 6 | Attorneys for Defendants |
| 7 | |
| 8 | Respectfully submitted, |
| 9  Dated: July 25, 2007 | PRATT & ASSOCIATES |
| 10 | |
| 11 | _____ |
| 12 | Sharon Pratt |
|    | Susan Bishop |
| 13 | Attorneys for Third-Party Defendants |

**IT IS SO ORDERED.**

Dated: July 26, 2007

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

# 4690429_v1