1  Matthew Vafidis [SBN 103578]
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor         *E-FILED 8/20/07*
   San Francisco, California  94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4  Email: matthew.vafidis@hklaw.com

5  Attorneys for Defendants
   BRIDGESTONE FIRESTONE NORTH
6  AMERICAN TIRE, LLC and
   BRIDGESTONE AMERICAS HOLDING, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11  VERNON DOWER; MIRIAM DOWER;          ) Case No. C 06-06837 JW(RS)
    ANDREW DOWER; LESHA LEILANI          )
12  DOWER; LUCAS DOWER; GABRIEL          )
    DOWER; EARLINE ROTHERMICH; LOIS      )
13  HIJA; TROY GRAHAM; and TINA          )
    GRAHAM,                              )
14                                       )
          Plaintiffs and Counterdefendants, )
15                                       )
        vs.                              ) ~~PROPOSED~~ ORDER GRANTING
16                                       ) DEFENDANTS AND COUNTER-
    BRIDGESTONE FIRESTONE NORTH          ) CLAIMANTS BRIDGESTONE
17  AMERICAN TIRE, LLC; BRIDGESTONE      ) FIRESTONE NORTH AMERICAN TIRE,
    AMERICAS HOLDING, INC.; and DOES 1   ) LLC AND BRIDGESTONE AMERICAS
18  through 100, INCLUSIVE,              ) HOLDING, INC.'S MOTION TO COMPEL
                                         ) INSPECTION AND SAMPLING OF
19        Defendants and Counterclaimants. ) PROPERTY OF THIRD-PARTY
                                         ) DEFENDANT WALDO SIMONS
20  BRIDGESTONE FIRESTONE NORTH          )
    AMERICAN TIRE, LLC, and              )
21  BRIDGESTONE AMERICAS HOLDING,        )
    INC.,                                ) Date:     August 15, 2007
22                                       ) Time:     9:30 a.m.
                                         ) Location: Courtroom 4, 5th Floor
23        Third-Party Plaintiffs,        ) Judge:    Hon. Richard Seeborg
                                         )
24      vs.                              )
                                         ) **DISCOVERY MATTER**
25  WALDO SIMONS, individually and d/b/a )
    SIMONS BULLDOZING SERVICE, and       )
26  THE WALDO AND HELEN SIMONS           )
    FAMILY TRUST,                        )
27                                       )
                                         )
28        Third-Party Defendants.        )

   Matthew Vafidis [SBN 103578]

                                  - 1 -

   Order Granting Motion To Compel                    Case No. C 06-06837 JW(RS)
   Inspection Of Waldo Simons Property

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,<br><br>Plaintiffs and Counterdefendants,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants and Counterclaimants. | Case No. C 06-06837 JW(RS)<br><br>**ORDER GRANTING DEFENDANTS AND COUNTER-CLAIMANTS BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC AND BRIDGESTONE AMERICAS HOLDING, INC.'S MOTION TO COMPEL INSPECTION AND SAMPLING OF PROPERTY OF THIRD-PARTY DEFENDANT WALDO SIMONS** |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BRIDGESTONE AMERICAS HOLDING, INC.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>WALDO SIMONS, individually and d/b/a SIMONS BULLDOZING SERVICE, and THE WALDO AND HELEN SIMONS FAMILY TRUST,<br><br>Third-Party Defendants. | Date: August 15, 2007<br>Time: 9:30 a.m.<br>Location: Courtroom 4, 5th Floor<br>Judge: Hon. Richard Seeborg<br><br>**DISCOVERY MATTER** |

ORDER GRANTING MOTION TO COMPEL
INSPECTION OF WALDO SIMONS PROPERTY

CASE NO. C 06-06837 JW(RS)

1  The motion of Defendants and Third-Party Plaintiffs BRIDGESTONE FIRESTONE
2  NORTH AMERICAN TIRE, LLC and BRIDGESTONE AMERICAS HOLDING, INC. to compel
3  inspection and sampling of property of Third-Party Defendant WALDO SIMONS having been
4  submitted, and arguments for and against said Motion being having being heard,
5  **AND GOOD CAUSE APPEARING THEREFOR,**
6  **IT IS HEREBY ORDERED:**
7  1. The said Motion is granted;
8  2. The inspection and sampling will proceed in accordance with the terms of the
9  attached Stipulation of the parties; and
10 3. Each party shall bear its own costs in respect to the Motion.

DATED: August 20, 2007

_____
RICHARD X. SEEBORG
UNITED STATES MAGISTRATE JUDGE

# 4736635_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910