Vanessa W. Vallarta, City Attorney [SBN 142404]
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, California 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257
Email: vanessav@ci.salinas.ca.us

Attorneys for Third Party Defendant, CITY OF SALINAS

**IT IS SO ORDERED**
*Judge James Ware*
8/23/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,<br>　　　　　　　　Plaintiffs,<br>　v.<br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDING, INC., et al. and DOES 1 through 100, INCLUSIVE,<br>　　　　　　　　Defendants<br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC and BRIDGESTONE AMERICAS HOLDING, INC.<br>　　　　　　　　Third-Party Plaintiffs,<br>　v.<br>WALDO SIMONS, individually and d/b/a SIMONS BULLDOZING SERVICE, and THE WALDO AND HELEN SIMONS FAMILY TRUST; CITY OF SALINAS; and SALINAS VALLEY SOLD WASTE AUTHORITY<br>　　　　　　　　Third-Party Defendants. | CASE NO. C 06-06837 JW (RS)<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD PARTY COMPLAINT** |

---

1

STIPULATION TO EXEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THIRD PARTY COMPLAINT
　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 06-06837 JW (RS)

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. Pursuant to Civil L.R. 6-1(a), the parties agree to extend the time within which Third Party Defendant, CITY OF SALINAS, shall answer or otherwise respond to the Third Party Complaint filed by Defendant/Third-Party Plaintiff, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C. and BRIDGESTONE AMERICAS HOLDING, INC.

2. The time within which Third Party Defendant, CITY OF SALINAS, shall answer or otherwise respond to the Third Party Complaint filed by Defendant/Third-Party Plaintiff, BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C. and BRIDGESTONE AMERICAS HOLDING, INC. is extended by a period of thirty (30) days.

3. Third-Party Defendant, CITY OF SALINAS shall answer or otherwise respond to the Third-Party Complaint by September 21, 2007.

Dated: August 20, 2007      CITY OF SALINAS

By: _____
VANESSA W. VALLARTA
CITY ATTORNEY
Attorneys for Third Party Defendant
CITY OF SALINAS

Dated: August 20, 2007      HOLLAND & KNIGHT, LLP

By: _____
MATTHEW P. VAFIDIS
Attorney for Defendants/Third-Party
Plaintiff, BRIDGESTONE FIRESTONE
NORTH AMERICAN TIRE, L.L.C. and
BRIDESTONE AMERICAS HOLDING,
INC.

## PROOF OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF MONTEREY )

I, Julia D. Nix, declare as follows: I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 200 Lincoln Avenue, Salinas, California, 93901.

On August 22, 2007 I served the following documents:

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD PARTY COMPLAINT**

on the interested parties to said action by the following means:

☐ **(BY MAIL)** By placing a true copy of the above-referenced document(s) enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Salinas, California, addressed as shown below.

☐ **((BY ELECTRONIC MAIL TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from email: julian@ci.salinas.ca.us to the interested parties to said action at the electronic mail (email) addresses shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 22 , 2007, at Salinas, California.

_____
JULIA D. NIX

**NAMES(S), ADDRESS AND EMAIL ADDRESS OF EACH PARTY SERVED:**

| | |
|---|---|
| Craig Needham, Esq. | Matthew P. Vafidis, Esq. |
| NEEDHAM DAVIS KEPNER & YOUNG | HOLLAND & KNIGHT LLP |
| 1960 The Alameda, Suite 210 | 50 California Street, 28th Floor |
| San Jose, CA 95126 | San Francisco, CA 94111 |
| cneedham@ndkylaw.com | mvafidis@hklaw.com |