**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Vernon Dower, et al.,                      No. C 06-06837 JW

11             Plaintiffs,                      **NOTICE OF INTENT TO APPOINT**
                                                **SPECIAL MASTER; ORDER FOLLOWING**
12      v.                                      **CASE MANAGEMENT CONFERENCE**

13   Bridgestone Firestone North American Tire,
     LLC, et al.,
14

15             Defendants.
                                          /

16

17        The Court conducted a Case Management Conference on November 19, 2007.  Counsel for

18   the respective parties were present.  In light of the discussion at the conference, the Court orders as

19   follows:

20   **A.    Notice of Intent to Appoint Special Master**

21        The Court reiterated its desire to appoint a Special Master to assist in the management of this

22   lawsuit.  The parties were agreeable.  Thus, due to the parties' consent, the number of parties in the

23   lawsuit, the complexity of legal and factual issues involved in this case, and the cost savings to the

24   parties which will result from a more focused management of pre-trial matters, the Court concludes

25   that the appointment of a Special Master in this lawsuit would be beneficial to all.  Pursuant to FED.

26   R. CIV. P. 53, the Court notifies the parties of its intent to appoint a Special Master.

27

28

**B.      Scope of the Special Master's Appointment**

The Special Master shall preside over all proceedings, with the power to hear and make reports and recommendations on the following pretrial matters:

1.     Timing of pre-answer motions or any responsive pleadings;

2.     Motions to dismiss under FED. R. CIV. P. 12;

3.     Timing and content of initial disclosures;

4.     Case development processes (e.g., staged discovery and discovery schedules or plans);

5.     Disclosures and discovery;

6.     Disclosure or discovery disputes;

7.     Motions for preliminary injunction, writs of attachment, or modifications of existing injunctions or attachment orders;

8.     Limits on the number of party experts.

Furthermore, the Special Master shall have the authority to:

1.     Conduct pretrial conferences and hearings to establish:

(a)     The substance of the claims and defenses presented in the case and of the issues to be decided;

(b)     The material facts not reasonably disputable;

(c)     The disputed material factual issues;

(d)     The relief claimed, including a particularized itemization of all elements of damages which may reasonably be claimed based upon the evidence which would be presented at trial;

(e)     The pertinent undisputed and disputed points of law, with respect to liability and relief, including proposed jury instructions;

(f)     The witnesses necessary to be called at trial, except for impeachment or rebuttal, together with the substance of the testimony to be given;

(g)     A compilation of all documents and other items necessary to be offered as exhibits at trial, except for impeachment or rebuttal, together with a brief statement following each item describing its substance or purpose and the identity of the authenticating witness;

2.     Audit and establish attorney fees to be awarded, if any.

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1    The Special Master shall exercise the power necessary or proper to regulate all proceedings

2    before him and shall do all acts and take all measures necessary or proper for the efficient

3    performance of his duties under this Order.

4    The Special Master shall file numbered interim reports or recommendations which:  1) advise

5    this Court of the status of the case, and 2) recommend the disposition of any matter heard by him.

6    The parties shall have ten (10) days from the date an interim report or recommendation is filed to file

7    any objections.  Any party opposing the objection(s) shall file an opposition within ten (10) days

8    after the objection is filed.  If no objection is filed, the Special Master's report or recommendation

9    shall become a binding Order of the Court and the parties shall comply with the Order.  If, however,

10   an objection is filed, the matter shall be deemed submitted to the Court without oral argument

11   twenty (20) days after the Special Master's report or recommendation is filed--unless an application

12   is made and the Court orders the matter to be scheduled for hearing.

13   Reports or recommendations pertaining to non-dispositive motions or pretrial discovery

14   matters shall be reconsidered by this Court only where the Special Master's report or

15   recommendation is clearly erroneous or contrary to law.  Reports or recommendations pertaining to

16   dispositive motions shall be reconsidered by this Court *de novo*.

17   **C.    Fees and Costs of Special Master**

18   Unless the Court receives a recommendation from the Special Master for some other

19   apportionment, each party shall bear the cost of the Special Master on a per capita basis, payable in

20   advance.  The Special Master shall report to the Court on a periodic basis regarding the state of his

21   fees and expenses.  Unless otherwise ordered, the Special Master shall, in his report, advise the

22   Court, without specifically identifying parties, as to whether the parties are current in their payment

23   of his fees and expenses.

24   //

25

26

27

28
                                    3

**United States District Court**
For the Northern District of California

1  **D.      Nominations of Special Master**

2          Plaintiffs and Defendants nominated **Mr. Lester J. Levy of JAMS**.[1]  Mr. Levy has

3  previously served as a mediator between Plaintiffs and Defendants in this action.  (See Docket Item

4  No. 36.)  Third-party Defendants, who had not participated in the prior mediation, requested time to

5  consider Mr. Levy's nomination.  Alternatively, the Court nominates **Mr. George C. Fisher**.[2]

6          The parties shall file any objections to either Mr. Fisher or Mr. Levy being named as Special

7  Master by **December 7, 2007**.  If no objection is filed, the parties shall file a Stipulation regarding

8  their election of either Mr. Fisher or Mr. Levy on the same day.

9          If no objection is filed and Mr. Fisher or Mr. Levy accepts their appointment, the appointed

10  Special Master shall file an affidavit as required by FED. R. CIV. P. 53(b)(3) and the Court's

11  appointment of the Special Master shall become effective on **December 17, 2007**.  Once

12  appointment is effective, the parties shall notice all relevant motions before the Special Master and

13  not the assigned Magistrate Judge Richard Seeborg.

14  **E.      Motion Hearing & Further Case Management Conference**

15          The Court sets **February 25, 2008 at 9 A.M.** as a hearing date for Defendants' anticipated

16  preclusion motion.  Defendants shall notice their motion in accordance with the Civil Local Rule of

17  the Court.  In addition, the Court sets a Further Case Management Conference on the same date at

18  **10:00 A.M.**  The parties shall submit a Joint Case Management Statement by **February 15, 2008.**

19  The statement shall update the Court on the status of the case and the parties' discovery plan.

20

21

22

23

24

25          [1]      Mr.  Levy  contact  information  may  be  found  at:
    http://www.jamsadr.com/neutrals/bio.asp?neutralid=1682
26
          [2]      Mr.  Fisher  contact  information  is  as  follows:  http://www.gfisherlaw.com;
27  georgecfisher@gmail.com; 650 424 0821.

28                                                  4

1      In light of this Order, the Court VACATES the previous case schedule.

2

3   Dated: November 21, 2007                    _____
                                                JAMES WARE
4                                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          5

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE  BEEN DELIVERED TO:**

Barbara L. Lyons blyons@cpmlegal.com
Chung-Han Lee chunglee@wildman.com
Craig Evan Needham cneedham@ndkylaw.com
Kirsten M. Fish kfish@ndkylaw.com
Matthew Paul Vafidis mvafidis@hklaw.com
Niall Padraic McCarthy nmccarthy@cpmlegal.com
Sharon Glenn Pratt spratt@prattattorneys.com
Steven Noel Williams swilliams@cpmlegal.com
Susan J. Matcham susanm@ci.salinas.ca.us
Thomas M. Bruen tbruen@sbcglobal.net
Vanessa W. Vallarta vanessav@ci.salinas.ca.us

**Dated: November 21, 2007**                         **Richard W. Wieking, Clerk**


**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California

6