| | |
|---|---|
| 1 | Vanessa W. Vallarta, City Attorney, (SBN #142404) |
| 2 | Susan J. Matcham, Asst. City Attorney, (SBN #79562)<br>CITY OF SALINAS |
| 3 | OFFICE OF THE CITY ATTORNEY<br>200 Lincoln Avenue |
| 4 | Salinas, CA  93901<br>Telephone:  (831) 758-7256 |
| 5 | Facsimile:  (831) 758-7257 |
| 6 | Thomas M. Bruen (SBN #63324) |
| 7 | Erik A. Reinertson (SBN #218031)<br>LAW OFFICES OF THOMAS M. BRUEN |
| 8 | A Professional Corporation<br>1990 N. California Boulevard, Suite 940 |
| 9 | Walnut Creek, CA  94596<br>Telephone: (925) 295-3131 |

GRANTED

*Judge James Ware*

12/14/2007

Attorneys for Third Party Defendants
CITY OF SALINAS and SALINAS VALLEY
SOLID WASTE AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,<br>             Plaintiffs,<br>v.<br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDING, INC., et al. and DOES 1 through 100, INCLUSIVE,<br>             Defendants<br><br>AND THIRD PARTY CLAIMS AND COUNTERCLAIMS. | CASE NO.  C 06-06837 JW (RS)<br><br>**STIPULATON REGARDING THE ELECTION OF LESTER J. LEVY AS SPECIAL MASTER** |

It is stipulated by and among the undersigned parties, by their respective attorneys, that:

WHEREAS, the Court conducted a Case Management Conference on November 19, 2007;

WHEREAS, in light of discussions held at that Conference, the Court issued a Notice of Intent to Appoint Special Master; Order Following Case Management Conference on November 21, 2007 ("Notice"), whereby the Court notified the parties of its intent to appoint a Special Master to assist in the management of the lawsuit, the scope of the Special Master's appointment, and the Court's two nominees of persons to serve as Special Master;

WHEREAS, the Notice ordered the parties to either file objections to either of the nominees, or stipulate to the election of one of the nominees by December 7, 2007; and

WHEREAS, the parties wish to elect Lester J. Levy of JAMS as Special Master.

NOW, THEREFORE, the undersigned parties hereby elect Lester J. Levy of JAMS to serve as the Special Master of this litigation.

DATED: December 6, 2007        PLAINTIFFS' COUNSEL

By: _____
Name: D. BRAD JONES

Attorneys for Plaintiffs

DATED: December ___, 2007       HOLLAND & KNIGHT LLP


By: _____
Matthew Vafidis
Attorneys for Defendants and Third-Party Plaintiffs
BRIDGESTONE FIRESTONE NORTH AMERICAN
TIRE, LLC and BRIDGESTONE AMERICAS
HOLDING, INC.

///

///

///

It is stipulated by and among the undersigned parties, by their respective attorneys, that:

WHEREAS, the Court conducted a Case Management Conference on November 19, 2007;

WHEREAS, in light of discussions held at that Conference, the Court issued a Notice of Intent to Appoint Special Master; Order Following Case Management Conference on November 21, 2007 ("Notice"), whereby the Court notified the parties of its intent to appoint a Special Master to assist in the management of the lawsuit, the scope of the Special Master's appointment, and the Court's two nominees of persons to serve as Special Master;

WHEREAS, the Notice ordered the parties to either file objections to either of the nominees, or stipulate to the election of one of the nominees by December 7, 2007; and

WHEREAS, the parties wish to elect Lester J. Levy of JAMS as Special Master.

NOW, THEREFORE, the undersigned parties hereby elect Lester J. Levy of JAMS to serve as the Special Master of this litigation.

DATED: December ___, 2007     PLAINTIFFS' COUNSEL

By:_____
Name:_____

Attorneys for Plaintiffs

DATED: December 7, 2007     HOLLAND & KNIGHT LLP

By: /s/ Matthew Vafidis
Matthew Vafidis
Attorneys for Defendants and Third-Party Plaintiffs
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BRIDGESTONE AMERICAS HOLDING, INC.

///
///
///

| | | |
|---|---|---|
| 1 | DATED: December 7, 2007 | PRATT & ASSOCIATES |
| 2 | | |
| 3 | | By: _/s/ Sharon Glenn Pratt_ |
| 4 | | Sharon Glenn Pratt |
| | | Attorneys for Third-Party Defendants/Counterclaimants |
| 5 | | WALDO SIMONS, and the WALDO AND HELEN SIMONS FAMILY TRUST |
| 6 | DATED: December ___, 2007 | LAW OFFICES OF THOMAS M. BRUEN |
| 7 | | A Professional Corporation |
| 8 | | |
| 9 | | By: _/s/ Erik A. Reinertson_ |
| 10 | | Erik A. Reinertson |
| | | Attorneys for Third Party Defendants |
| 11 | | SALINAS VALLEY SOLID WASTE AUTHORITY and CITY OF SALINAS |

| | | |
|---|---|---|
| 1 | DATED: December ___, 2007 | PRATT & ASSOCIATES |

By: _____
Sharon Glenn Pratt
Attorneys for Third-Party Defendants/Counterclaimants
WALDO SIMONS, and the WALDO AND HELEN
SIMONS FAMILY TRUST

DATED: December ___, 2007

LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

By: _____
Erik A. Reinertson
Attorneys for Third Party Defendants
SALINAS VALLEY SOLID WASTE AUTHORITY
and CITY OF SALINAS