

IT IS SO ORDERED

Judge James Ware

Matthew Vafidis (California Bar #103578)
Andrew T. Caulfield (California Bar #238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendants
BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC and
BRIDGESTONE AMERICAS HOLDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No. C06-06837 JW (RS)<br><br>STIPULATION FOR CONSENT TO FILE AMENDED THIRD PARTY COMPLAINT PURSUANT TO FRCP RULE 15 AND FOR DISMISSAL OF EXPRESS CONTRACTUAL INDEMNITY CLAIM |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BRIDGESTONE AMERICAS HOLDING, INC.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>CITY OF SALINAS; the SALINAS VALLEY SOLID WASTE AUTHORITY,<br><br>Third-Party Defendants. | |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

# STIPULATION FOR CONSENT TO FILE AMENDED THIRD PARTY COMPLAINT PURSUANT TO FRCP RULE 15 AND FOR THE DISMISSAL OF EXPRESS CONTRACTUAL INDEMNITY CLAIM BY AND BETWEEN BRIDGESTONE/FIRESTONE, THE CITY OF SALINAS AND THE SALINAS VALLEY SOLID WASTE AUTHORITY

*Dower v. Bridgestone/Firestone North American Tire, LLC*
United States District Court, Northern District of California
Case No. C 06-6837 JW (RS)

**WHEREAS**, the above-identified lawsuit was initiated by several plaintiffs against BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and BRIDGESTONE AMERICAS HOLDING, INC. ("Bridgestone") and was removed to the United States District Court, Northern District of California on or about November 2, 2006 (Case No. C 06-6837 JW (RS)).

**WHEREAS**, during the course of the lawsuit, Defendants Bridgestone filed a Third-Party Complaint Against Third-Party Defendants the City of Salinas (the "City") and the Salinas Valley Solid Waste Authority ("SVSWA") on or about July 23, 2007.

**WHEREAS**, the Third-Party Complaint alleged causes of action against the City and SVSWA for (1) express contractual indemnity, (2) implied equitable indemnity, and (3) contribution and/or partial indemnification.

**WHEREAS**, Bridgestone will file an Amended Third-Party Complaint against the City and SVSWA for (1) implied equitable indemnity and (2) contribution and/or partial indemnification. Pursuant to FRCP Rule 15, the City and SVSWA consent to Bridgestone filing the Amended Third-Party Complaint, a true and correct copy of which is attached hereto as Exhibit A.

**WHEREAS**, the parties to this Stipulation have agreed that the Amended Third-Party Complaint will not contain a cause of action for express contractual indemnity against the City and SVSWA.

**WHEREAS**, the parties have agreed that the First Cause of Action for Express Contractual Indemnity against the City and SVSWA will, and hereby is, dismissed from the action with prejudice. Each party will bear its own attorneys' fees and costs with respect to the dismissed cause of action.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

WHEREAS, the parties have agreed that the causes of action for implied equitable indemnity, and contribution and/or partial indemnification are not affected by this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Bridgestone Firestone North American Tire, LLC and Bridgestone Americas Holding, Inc., and Third-Party Defendants the City of Salinas and Salinas Valley Solid Waste Authority that, pursuant to FRCP Rule 15, Bridgestone have leave to file the Amended Third Party Complaint, a true and correct copy of which is hereby attached as Exhibit A, and that Bridgestone's First Cause of Action for Express Contractual Indemnity asserted in its original Third-Party Complaint will be, and hereby is, dismissed with prejudice, each party to bear its own attorneys' fees and costs with respect to the dismissed cause of action. In order to avoid unnecessarily repetitive pleadings the parties further stipulate that Third Party Defendants Salinas Valley Solid Waste Authority's and the City of Salinas' respective Answers to the original Third Party Complaint be deemed their respective Answers to the Amended Third Party Complaint.

By such stipulation and consent, the parties do not waive, and specifically reserve any and all other claims, causes of action, defenses and objections with respect to the Amended Third-Party Complaint.

DATED: December 14, 2007

HOLLAND & KNIGHT LLP

Matthew Vafidis
Andrew T. Caulfield
Attorneys for Defendants
BRIDGESTONE FIRESTONE
NORTH AMERICAN TIRE, LLC
and BRIDGESTONE AMERICAS
HOLDING, INC.

DATED: December 14, 2007

CITY OF SALINAS

Susan J. Matcham
Attorney for Third Party Defendant
CITY OF SALINAS

-3-

STIPULATION  Case No. C06-06837 JW (RS)

DATED: December 14, 2007

LAW OFFICES OF THOMAS M. BRUEN,
A Professional Corporation

_____
Thomas M. Bruen
Attorneys for Third Party Defendants
CITY OF SALINAS and
SALINAS VALLEY SOLID WASTE AUTHORITY

# 4995921_v2

**\*\*\*\* ORDER PURSUANT TO STIPULATION \*\*\*\***

Dated: December 20, 2007

_____
JAMES WARE
United States District Judge

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910