IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vernon Dower, et al., | NO. C 06-06837 JW |
|     Plaintiffs and Counterdefendants,<br>v. | **ORDER CONTINUING HEARING** |
| Bridgestone Firestone North American Tire, LLC, et al., | |
|     Defendants, Counterclaimants and<br>        Third-Party Plaintiffs,<br>v. | |
| Salinas Valley Solid Waste Authority, et al., | |
|     Third-Party Defendants. | |

A hearing on Third-Party Defendant Waldo Simons' Motion for Attorney's Fees and Costs and Expert Witness Fees is currently scheduled for April 21, 2008. The Court CONTINUES the hearing to **Monday, April 28, 2008 at 9 a.m.**

Dated: April 14, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Terry Caulfield andrew.caulfield@hklaw.com
Aron K. Liang aliang@cpmlegal.com
Barbara L. Lyons blyons@cpmlegal.com
Chung-Han Lee chunglee@wildman.com
Craig Evan Needham cneedham@ndkylaw.com
Kirsten M. Fish kfish@ndkylaw.com
Matthew Paul Vafidis mvafidis@hklaw.com
Niall Padraic McCarthy nmccarthy@cpmlegal.com
Sharon Glenn Pratt spratt@prattattorneys.com
Steven Noel Williams swilliams@cpmlegal.com
Susan J. Matcham susanm@ci.salinas.ca.us
Thomas M. Bruen tbruen@sbcglobal.net
Vanessa W. Vallarta vanessav@ci.salinas.ca.us

Dated:   April 14, 2008                              Richard W. Wieking, Clerk

                                                     By:  /s/ JW Chambers
                                                          Elizabeth Garcia
                                                          Courtroom Deputy