Matthew P. Vafidis (California Bar # 103578)
Andrew T. Caulfield (California Bar # 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendants
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC and
BRIDGESTONE AMERICAS HOLDING, INC.

**GRANTED**
*Judge James Ware*
9/12/2008

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, and BRIDGESTONE AMERICAS HOLDING, INC.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>CITY OF SALINAS; the SALINAS VALLEY SOLID WASTE AUTHORITY,<br><br>Third-Party Defendants. | Case No. C 06-06837 JW (RS)<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that as of August 2, 2007 Chung Han Lee, one of the counsel of record for Defendant Bridgestone Firestone North American Tire, LLC and Bridgestone Americas Holding, Inc. in the above captioned matter, was and is no longer with Holland & Knight, LLP. Please remove him from your proofs of service. All proofs of service to Bridgestone Firestone North American Tire, LLC and Bridgestone Americas Holding, Inc. should be addressed to Matthew P. Vafidis of this office.

Dated: August 28, 2008

Respectfully Submitted

HOLLAND & KNIGHT LLP

_____
Matthew P. Vafidis
Attorney for Defendants
BRIDGESTONE FIRESTONE
NORTH AMERICAN TIRE, LLC and
BRIDGESTONE AMERICAS HOLDING, INC.

# 5572805_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

NOTICE OF CHANGE IN COUNSEL                     Case No. C 06-06837 JW (RS)