United States District Court
For the Northern District of California

*E-Filed 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER, et al., | NO. C 06-6837 JW (RS) |
|     Plaintiffs and Counterdefendants, | **ORDER DENYING MOTION FOR CLARIFICATION** |
| v. | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, et al, | |
|     Defendants, Counterclaimants, and Third-Party Plaintiffs, | |
| v. | |
| WALDO SIMONS, et al., | |
|     Third-Party Defendants | |

_____ /

On March 16, 2009, the Court entered its report and recommendation to the presiding judge that the attorneys for third party defendants be awarded $115,300.40 in fees and costs. On March 17, 2009, defendant Bridgestone Firestone North American Tire, LLC ("Firestone") submitted a letter, which the Court interprets to be a motion for clarification of its report and recommendation. In its letter, Firestone claims that the Court erred when it stated that: "There is no basis to find that the statement by the presiding judge in his conclusion should simply be *ignored as Firestone suggests*." March 16, 2009 Report and Recommendation at 3-4 (emphasis added). Firestone contends that it never "suggested" that any of the presiding judge's orders be "ignored," and as such, the word should be changed. Indeed, a full reading of the entire paragraph where the contested

1

sentence occurs makes clear that the word "ignored" goes to the effect of Firestone's argument, not that it sought to "ignore" any order. No modification to the report and recommendation, therefore, is necessary, and the motion to clarify is denied.

    IT IS SO ORDERED.

Dated: 3/18/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING MOTION FOR CLARIFICATION
C 06-6837 JW (RS)

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 Craig Evan Needham cneedham@ndkylaw.com

3 Kirsten M. Fish kfish@ndkylaw.com

4 Niall Padraic McCarthy nmccarthy@cpmlegal.com

5 Steven Noel Williams swilliams@cpmlegal.com

6 Aron K. Liang aliang@cpmlegal.com

7 Barbara L. Lyons blyons@cpmlegal.com

8 Andrew Terry Caulfield andrew.caulfield@hklaw.com

9 Matthew P. Vafidis mvafidis@hklaw.com

10 Susan J. Matcham susanm@ci.salinas.ca.us

11 Vanessa W. Vallarta vanessav@ci.salinas.ca.us

12 Thomas M. Bruen tbruen@sbcglobal.net

13 Erik A Reinertson ereinertson@sbcglobal.net

14 Thomas M. Bruen tbruen@sbcglobal.net

15 **AND A COPY OF THIS ORDER WAS MAILED TO:**

16 Lester J. Levy
JAMS-Endispute
17 Two Embarcadero Ctr
Ste 1100
18 San Francisco, CA 94111

19 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.
20

21 **Dated: 3/18/09**                                             **Richard W. Wieking, Clerk**

22
                                                                  **By:**_____
23                                                                      **Chambers**

ORDER DENYING MOTION FOR CLARIFICATION
C 06-6837 JW (RS)

3