.71088

| | |
|---|---|
| 1 | NIALL P. McCARTHY (#160175) |
| | nmccarthy@cpmlegal.com |
| 2 | STEVEN N. WILLIAMS (#175489) |
| | swilliams@cpmlegal.com |
| 3 | ARON K. LIANG (#228936) |
| | aliang@cpmlegal.com |
| 4 | **COTCHETT, PITRE & McCARTHY** |
| | 840 Malcolm Road, Suite 200 |
| 5 | Burlingame, California 94010 |
| | Telephone: (650) 697-6000 |
| 6 | Facsimile: (650) 697-0577 |
| 7 | CRAIG NEEDHAM (#52010) |
| | cneedham@ndkylaw.com |
| 8 | KIRSTEN M. FISH (#217940) |
| | kfish@ndkylaw.com |
| 9 | BRAD JONES (#126650) |
| | bjones@ndkylaw.com |
| 10 | **NEEDHAM, DAVIS, KEPNER & YOUNG, LLP** |
| | 1960 The Alameda, Suite 210 |
| 11 | San Jose, CA 95126-1493 |
| | Telephone: (408) 244-2166 |
| 12 | Facsimile: (408) 244-7815 |
| 13 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C.; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE, <br><br> Defendants. | Case No. C 06-06837 JW (RS) <br><br> **REQUEST FOR DISMISSAL AS TO PLAINTIFFS TROY AND TINA GRAHAM** |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C. and BRIDGESTONE AMERICAS HOLDING, INC., <br><br> Third-Party Plaintiffs, <br> vs. <br> CITY OF SALINAS; the SALINAS VALLEY SOLID WASTE AUTHORITY, <br><br> Third-Party Defendants. | |

{NDKY Main\6122\71088\PLEADING\00139651.DOC}
REQUEST FOR DISMISSAL      -1-

.71088

TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT.

Please dismiss the following parties, without prejudice:

    Plaintiff TROY GRAHAM

    Plaintiff TINA GRAHAM

Each party to bear their own fees and costs.

DATED: March 19, 2009

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

By: _____
CRAIG NEEDHAM
Attorneys for Plaintiffs

Dismissal entered as requested on   March 19, 2009  .

Dated:   March 20, 2009

_____
UNITED STATES DISTRICT JUDGE

{NDKY Main\6122\71088\PLEADING\00139651.DOC}
REQUEST FOR DISMISSAL     -2-