SEE THE LIST OF COUNSEL ATTACHED

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

1

2

3          **UNITED STATES DISTRICT C...**

4          **NORTHERN DISTRICT OF CA...**

5              **SAN JOSE DIVISION**

6    VERNON DOWER; MIRIAM DOWER;                    )
     ANDREW DOWER; LESHA LEILANI                    )   Case No. C 06-6837 JW(RS)
7    DOWNER; LUCAS DOWER; GABRIEL                   )
     DOWER; EARLINE ROTHERMICH;                     )
8    LOIS HIJA; TROY GRAHAM; and TINA               )   **STIPULATION OF DISMISSAL**
     GRAHAM,                                        )   [~~PROPOSED~~] **ORDER**
9                            Plaintiffs,            )
                                                    )
10          vs.                                     )
                                                    )
11   BRIDGESTONE/FIRESTONE NORTH                    )
     AMERICAN TIRE, LLC; BRIDGESTONE               )
12   AMERICAS HOLDING, INC.; and DOES              )
     1 through 100, INCLUSIVE,                      )
13                                                  )
                             Defendants.            )
14   _____              )

15          IT IS HEREBY STIPULATED by and between the parties to this action, through their

16   designated counsel, that all PLAINTIFFS' claims against DEFENDANT BRIDGESTONE

17   AMERICAS HOLDING, INC., now known as BRIDGESTONE AMERICAS, INC. and those

18   against DEFENDANTS DOES 1 through 100 are hereby dismissed without prejudice pursuant to

19   Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own costs.

20          Whereas DEFENDANT BRIDGESTONE/FIRESTONE NORTH AMERICAS TIRE, LLC

21   has officially changed its name to BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

22          IT IS FURTHER STIPULATED that the said Defendant will hereafter be referred to as

23   BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC in this action.

24                          Respectfully submitted,

25   Dated: April 2, 2009

26                          **COTCHETT PITRE & McCARTHY**

27

28                          STEVEN N. WILLIAMS        for
                            *Attorney for Plaintiffs*

*Holland & Knight LLP*
*50 California Street, 28th Floor*
*San Francisco, CA 94111*
*Tel: (415) 743-6900*
*Fax: (415) 743-6910*

- 1 -

Dated: April 2, 2009

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

CRAIG NEEDHAM
*Attorney for Plaintiffs*

Dated: April 3, 2009

HOLLAND & KNIGHT

MATTHEW VAFIDIS
*Attorneys for Defendants*

Dated: April 2, 2009

LAW OFFICE OF THOMAS M. BRUEN

THOMAS M. BRUEN
*Attorney for Third-Party Defendant Salinas Valley
Solid Waste Authority*

Dated: April 10, 2009

CITY OF SALINAS OFFICE OF THE CITY
ATTORNEY

SUSAN J. MATCHAM
*Attorney for Third-Party Defendant City of Salinas*

**IT IS SO ORDERED.**

 The Clerk shall make the appropriate modification on the docket.

Dated:  April 10, 2009

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION OF DISMISSAL

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**LIST OF COUNSEL**

Matthew Vafidis [SBN 103578]
Andrew T. Caulfield [SBN 238300]
Tianjing Zhang [SBN 256759]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com

Attorneys for Defendants
BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC and
BRIDGESTONE AMERICAS HOLDING, INC.

NIALL P. McCARTHY [SBN 160175]
nmccarthy@cpmlegal.com
STEVEN N. WILLIAMS [SBN 175489]
swilliams@cpmlegal.com
ARON K. LIANG
aliang@cpmlegal.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

CRAIG NEEDHAM [SBN 52010]
cneedham@ndkylaw.com
KIRSTEN M. FISH (SBN 217940)
kfish@nkdylaw.com
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA 95126-1493
Telephone: (408) 244-2166
Facsimile: (408) 244-7815

Attorneys for Plaintiffs

CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
VANESSA W. VALLARTA [SBN 142404]
SUSAN J. MATCHAM [SBN 79562]
200 Lincoln Avenue
Salinas, California 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257

Attorneys for Third Party Defendant
CITY OF SALINAS

LAW OFFICES OF THOMAS M. BRUEN
THOMAS M. BRUEN [SBN 63324]
ERIK A. REINERTSON [SBN 218031]

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

A Professional Corporation
1990 N. California Boulevard, Suite 940
Walnut Creek, California 94596
Telephone:   (925) 295-3131

Attorneys for Third Party Defendants
CITY OF SALINAS and
SALINAS VALLEY SOLID WASTE AUTHORITY

# 5993900_v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 4 -
STIPULATION OF DISMISSAL