**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vernon Dower, et al., | NO. C 06-06837 JW<br>NO. C 08-05704 JW |
| Peggy Parker, et al., | **ORDER CONSOLIDATING CASES;<br>NOMINATING TOM DENVER AS THE<br>NEW SPECIAL MASTER; APPOINTING<br>LESTER LEVY AS MEDIATOR** |
| Plaintiffs,<br>v. | |
| Bridgestone Americas Tire Operations,<br>LLC, et al., | |
| Defendants. | |

On June 1, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In addition, on June 3, 2009, the Court conducted a telephonic conference with Lester Levy. In light of the discussion at the conference, the Court orders as follows:

(1) In light of the parties' stipulation and the Court's finding that the cases should be consolidated, the Court ORDERS <u>Dower v. Bridgestone Americas Tire Operations, LLC</u>, C 06-06837 JW, consolidated with, <u>Parker v. Bridgestone Americas Tire Operations, LLC</u>, C 08-05704 JW. The Clerk of Court shall consolidate these actions such that the earlier filed action, C 06-06837 JW, is the lead case. All future filings shall be filed in C 06-06837 JW and bear the caption: "In re Bridgestone Americas

Tire Operations Litigation." In addition, the Clerk shall administratively close C 08-05704 JW.

(2) Plaintiffs shall file an Amended Consolidated Complaint on or before **June 25, 2009**.

(3) The Court nominates Tom Denver of Mediation Masters,[1] to serve as the Special Master in this case. Any objections to this nomination shall be served and filed on or before **June 18, 2009.** If no objections are filed, the Court will issue a subsequent order to define the scope of Mr. Denver appointment.

(4) Lester Levy, previously the Special Master for all purposes, shall serve as a mediator to facilitate settlement.

Dated: June 10, 2009

JAMES WARE
United States District Judge

---

[1] Tom Denver may be reached at, 96 North Third Street, Suite 300, San Jose, CA 95112, or (408) 280-7883.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Terry Caulfield andrew.caulfield@hklaw.com
Aron K. Liang aliang@cpmlegal.com
Barbara L. Lyons blyons@cpmlegal.com
Chung-Han Lee chunglee@wildman.com
Craig Evan Needham cneedham@ndkylaw.com
Erik A Reinertson ereinertson@sbcglobal.net
Kirsten M. Fish kfish@ndkylaw.com
Matthew P. Vafidis mvafidis@hklaw.com
Niall Padraic McCarthy nmccarthy@cpmlegal.com
Sharon Glenn Pratt spratt@prattattorneys.com
Steven Noel Williams swilliams@cpmlegal.com
Susan J. Matcham susanm@ci.salinas.ca.us
Thomas M. Bruen tbruen@sbcglobal.net
Vanessa W. Vallarta vanessav@ci.salinas.ca.us

**Dated: June 10, 2009**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**