IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Bridgestone Americas Tire Operations Litigation. | NO. C 06-06837 JW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** |

On June 8, 2009, the Court conducted a hearing on Defendant Bridgestone Americas Tire Operations, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint filed in Parker v. Bridgestone, 08-05704 JW. On June 11, 2009, the Court issued an Order consolidating the Parker action with Dower v. Bridgestone, 06–06837 JW. (See Docket Item No. 241.) On June 25, 2009, Plaintiffs filed an Amended Consolidated Complaint. (See Docket Item No. 245). On July 9, 2009, Defendant filed an Answer to the Amended Consolidated Complaint. (See Docket Item No. 248.)

Since the first amended complaint of the Parker action is no longer an operative pleading, the Court DENIES Defendant's Motion as moot.

Dated: July 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Terry Caulfield andrew.caulfield@hklaw.com
Aron K. Liang aliang@cpmlegal.com
Aron K. Liang aliang@cpmlegal.com
Barbara L. Lyons blyons@cpmlegal.com
Chung-Han Lee chunglee@wildman.com
Craig Evan Needham cneedham@ndkylaw.com
Erik A Reinertson ereinertson@sbcglobal.net
Kirsten M. Fish kfish@ndkylaw.com
Matthew P. Vafidis mvafidis@hklaw.com
Matthew P. Vafidis mvafidis@hklaw.com
Niall Padraic McCarthy nmccarthy@cpmlegal.com
Sharon Glenn Pratt spratt@prattattorneys.com
Steven Noel Williams swilliams@cpmlegal.com
Susan J. Matcham susanm@ci.salinas.ca.us
Thomas H R Denver tdenver@mediationmasters.com
Thomas M. Bruen tbruen@sbcglobal.net
Vanessa W. Vallarta vanessav@ci.salinas.ca.us

**Dated:  July 10, 2009**                                       **Richard W. Wieking, Clerk**

                                                                **By:    /s/ JW Chambers**
                                                                **            Elizabeth Garcia**
                                                                **            Courtroom Deputy**

**United States District Court**
For the Northern District of California