SHARON GLENN PRATT (SBN 121947)
ROSALIA BURGUEÑO TAPIA (SBN 174198)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
Email: spratt@prattattorneys.com

Attorneys for Third-Party Defendants/
Counterclaimants Waldo Simons, individually, and
formerly dba Simons Bulldozing Service, and
The Waldo and Helen Simons Family Trust



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re BRIDGESTONE AMERICAS TIRE OPERATIONS Litigation. | Case No. C06 06837 JW (RS)<br><br>**STIPULATION TO DISMISS WALDO SIMONS' COUNTERCLAIM AGAINST BRIDGESTONE AMERICAS, INC., SUED HEREIN AS BRIDGESTONE AMERICAS HOLDING, INC., AND BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC SUED HEREIN AS BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, and through their designated counsel, that Counterclaimants WALDO SIMONS, INDIVIDUALLY, AND FORMERLY DBA SIMONS BULLDOZING SERVICE, and THE WALDO AND HELEN SIMONS FAMILY TRUST's Counterclaim filed on November 29, 2006 against Defendant BRIDGESTONE AMERICAS, INC., sued herein as BRIDGESTONE AMERICAS HOLDING, INC., and Defendant BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC sued herein as BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC be, and hereby is, dismissed

-1-
STIPULATION TO DISMISS WALDO SIMONS' COUNTERCLAIM; AND ORDER THEREON
Case No. C06 06837 JW (RS)

1  without prejudice, pursuant to FRCP 41(a) (1).  Each party will bear its own attorney's fees and
2  costs.
3  Dated: June **30**, 2009

PRATT & ASSOCIATES

_____
SHARON GLENN PRATT
Attorneys for Third-Party
Defendants/Counterclaimants Waldo Simons,
individually, and formerly dba Simons Bulldozing
Service, and The Waldo and Helen Simons Family
Trust

Dated: **July 1**, 2009

HOLLAND & KNIGHT LLP

_____
MATTHEW VAFIDIS
Attorneys for Defendants/Third-Party Plaintiffs
Bridgestone Americas, Inc., sued herein as
Bridgestone Americas Holding, Inc., and
Bridgestone Americas Tire Operations,
LLC sued herein as Bridgestone/Firestone
North American Tire, LLC

Dated: _____, 2009

COTCHETT, PITRE & McCARTHY

_____
STEVEN N. WILLIAMS
Attorneys for Plaintiffs/Counter-Defendants

-2-
STIPULATION TO DISMISS WALDO SIMONS' COUNTERCLAIM; AND ORDER THEREON
Case No. C06 06837 JW (RS)

1  without prejudice, pursuant to FRCP 41(a) (1). Each party will bear its own attorney's fees and
2  costs.

3  Dated: June ____, 2009

                                        PRATT & ASSOCIATES


                                        _____
                                        SHARON GLENN PRATT
                                        Attorneys for Third-Party
                                        Defendants/Counterclaimants Waldo Simons,
                                        individually, and formerly dba Simons Bulldozing
                                        Service, and The Waldo and Helen Simons Family
                                        Trust

11  Dated: _____, 2009

                                        HOLLAND & KNIGHT LLP


                                        _____
                                        MATTHEW VAFIDIS
                                        Attorneys for Defendants/Third-Party Plaintiffs
                                        Bridgestone Americas, Inc., sued herein as
                                        Bridgestone Americas Holding, Inc., and
                                        Bridgestone Americas Tire Operations,
                                        LLC sued herein as Bridgestone/Firestone
                                        North American Tire, LLC

19  Dated: July 20, 2009

                                        COTCHETT, PITRE & McCARTHY


                                        _____
                                        ARON LIANG
                                        Attorneys for Plaintiffs/Counter-Defendants

| | |
|---|---|
| 1  Dated: 7/4, 2009 | NEEDHAM, DAVIS, KEPNER & YOUNG |
| 2 | |
| 3 | *[signature]* |
| 4 | CRAIG E. NEEDHAM |
|   | Attorneys for Plaintiffs |
| 5 | |
| 6  Dated: _____, 2009 | |
| 7 | CITY OF SALINAS |
| 8 | OFFICE OF THE CITY ATTORNEY |
| 9 | |
| 10 | |
| 11 | VANESSA WENDENBURG VALLARTA |
|    | Third-Party Defendant City of Salinas |
| 12  Dated: _____, 2009 | |
| 13 | |
| 14 | LAW OFFICES OF THOMAS A. BRUEN |
| 15 | |
| 16 | |
| 17 | THOMAS M. BRUEN |
|    | Attorneys for Third-Party Defendants Salinas Valley |
| 18 | Solid Waste Authority and City of Salinas |
| 19 | |
| 20 | **ORDER** |
| 21 | |
| 22  IT IS SO ORDERED. | |
| 23 | |
| 24  Dated: | |
| 25 | |
| 26 | |
| 27 | JAMES WARE |
|    | UNITED STATES DISTRICT JUDGE |
| 28 | |

-3-

STIPULATION TO DISMISS WALDO SIMONS' COUNTERCLAIM; AND ORDER THEREON
Case No. C06 06837 JW (RS)

1  Dated: _____, 2009

NEEDHAM, DAVIS, KEPNER & YOUNG

_____
CRAIG E. NEEDHAM
Attorneys for Plaintiffs

6  Dated: 6/30, 2009

CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY

_Susan J. Matcham for Vanessa Wendenburg Vallarta_
VANESSA WENDENBURG VALLARTA
Third-Party Defendant City of Salinas

12 Dated: _____, 2009

LAW OFFICES OF THOMAS A. BRUEN

_____
THOMAS M. BRUEN
Attorneys for Third-Party Defendants Salinas Valley
Solid Waste Authority and City of Salinas

**ORDER**

IT IS SO ORDERED.

Dated:

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

-3-
STIPULATION TO DISMISS WALDO SIMONS' COUNTERCLAIM; AND ORDER THEREON
Case No. C06 06837 JW (RS)

| | |
|---|---|
| 1  Dated: _____, 2009 | NEEDHAM, DAVIS, KEPNER & YOUNG |
| 2 | |
| 3 | |
| 4 | _____ |
| 5 | CRAIG E. NEEDHAM<br>Attorneys for Plaintiffs |
| 6  Dated: _____, 2009 | |
| 7 | CITY OF SALINAS<br>OFFICE OF THE CITY ATTORNEY |
| 8 | |
| 9 | |
| 10 | _____ |
| 11 | VANESSA WENDENBURG VALLARTA<br>Third-Party Defendant City of Salinas |
| 12  Dated: July 2, 2009 | |
| 13 | |
| 14 | LAW OFFICES OF THOMAS A. BRUEN |
| 15 | |
| 16 | /s/ Thomas Bruen |
| 17 | THOMAS M. BRUEN<br>Attorneys for Third-Party Defendants Salinas Valley Solid Waste Authority and City of Salinas |

**ORDER**

IT IS SO ORDERED.

Dated: July 29, 2009

/s/ James Ware
JAMES WARE
UNITED STATES DISTRICT JUDGE

-3-