

IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BRIDGESTONE AMERICAS TIRE OPERATIONS LITIGATION | Case No. 5:06-cv-6837 JW<br><br>**STIPULATION RE: ENTRY OF JUDGMENT DISMISSING ACTION WITH PREJUDICE <u>AND COURT ORDER</u>**<br><br>Rule 41, Federal Rules |

IT IS HEREBY STIPULATED by Plaintiffs herein, and each of them, by and through their counsel of record, and Defendant BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC (hereinafter, "Defendant") and Third Party Defendants The CITY OF SALINAS and the SALINAS VALLEY SOLID WASTE AUTHORITY (hereinafter, "Third Party Defendants"), by and through their respective counsel of record, that as follows:

1. Despite years of diligent investigation costing hundreds of thousands of dollars, based on drilling and well sampling, **Plaintiffs** have not identified and are not aware of any evidence showing that any substances disposed of at any time by or on behalf of Firestone at the Landfill have migrated in water beyond the current boundaries of the Landfill..

2. Plaintiffs, Defendants and Third Party Defendants hereby stipulate to a voluntary dismissal with prejudice of the Plaintiffs' Complaint herein, specifically the Amended Consolidated Complaint filed herein on June 25, 2009, with each party to bear its, his or her own costs, including attorneys' fees.

3. This stipulated dismissal with prejudice does not affect the Third Party Complaint herein.

4. Under the circumstances, the parties respectfully request that this Court enter an Order dismissing the Plaintiffs' Amended Consolidated Complaint herein with prejudice.

SO STIPULATED:

Dated: Jan. 25, 2010

COTCHETT PITRE & McCARTHY
NEEDHAM, KEPNER, FISH & JONES LLP

_____
Craig Needham
Attorneys for Plaintiffs

Dated: January 15, 2010

HOLLAND & KNIGHT LLP

_____
Matthew P. Vafidis
Attorneys for Defendants
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC

Dated: Jan 18, 2010

CITY OF SALINAS,
OFFICE OF CITY ATTORNEY
LAW OFFICES OF THOMAS M. BRUEN

*[signature]*

Thomas M. Bruen
Attorneys for Third Party Defendants
CITY OF SALINAS
SALINAS VALLEY SOLID WASTE
AUTHORITY

SO ORDERED:

The Amended Consolidated Complaint filed by Plaintiffs herein is hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 26, 2010

*[signature]*

JAMES WARE
United States District Judge