

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BRIDGESTONE AMERICAS TIRE OPERATIONS LITIGATION | Case No. 5:06-cv-6837 JW<br><br>**STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT WITH PREJUDICE**<br><br>Rule 41 (a), Federal Rules Civil Procedure |

IT IS HEREBY STIPULATED by Defendant and Third Party Plaintiff BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC (hereinafter, "Third Party Plaintiff"), Third Party Defendants The CITY OF SALINAS and the SALINAS VALLEY SOLID WASTE AUTHORITY (hereinafter, "Third Party Defendants"), and Plaintiffs, and each of them, by and through their respective counsel of record, as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii), Third Party Plaintiff hereby dismisses the Third Party Complaint herein without a court order by filing this stipulation of dismissal signed by all parties who have appeared.

2. Third Party Plaintiff releases all claims in the Third Party Complaint and hereby dismisses the Third Party Complaint with prejudice. This dismissal is intended to have res judicata effect in all forums.

3. Each party to the Third Party Complaint shall bear its own costs, including its own attorneys' fees.

SO STIPULATED:

Dated: January 26, 2010

HOLLAND & KNIGHT LLP

_____
Matthew P. Vafidis
Attorneys for Defendant and Third Party Plaintiff
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC

Dated: Jan 20, 2010

CITY OF SALINAS,
OFFICE OF CITY ATTORNEY
LAW OFFICES OF THOMAS M. BRUEN

_____
Thomas M. Bruen
Attorneys for Third Party Defendants
CITY OF SALINAS
SALINAS VALLEY SOLID WASTE AUTHORITY

Dated: Jan 21, 2010

COTCHETT PITRE & McCARTHY
NEEDHAM, DAVID, KEPNER & YOUNG LLP

_____
Craig Needham
Attorneys for Plaintiffs

*** ORDER ***
The Clerk shall close this file.

Dated: February 9, 2010

_____
JAMES WARE
United States District Judge